UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20349-CR-SCOLA(s)
18 U.S.C. § 2332a(a)(2)
18 U.S.C. §§ 247(a)(1) & (d)(1)

UNITED STATES OF AMERICA

v.

JAMES GONZALO MEDINA,

Defendant.
_____/

FILED by ___ D.C.
JUN 30 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Attempting to Use a Weapon of Mass Destruction
### (18 U.S.C. § 2332a(a)(2))

Beginning on a date unknown to the Grand Jury, but no later than in or around March 2016, and continuing until on or about April 29, 2016, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**JAMES GONZALO MEDINA,**

did knowingly attempt to use, without lawful authority, a weapon of mass destruction, that is, a destructive device, as defined in Title 18, United States Code, Section 921(a)(4), against any person and property within the United States, and the offense and the results of the offense would have affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 2332a(a)(2).

## COUNT 2
### Attempting to Damage Religious Property
### (18 U.S.C. §§ 247(a)(1) & (d)(1))

Beginning on a date unknown to the Grand Jury, but no later than in or around March 2016, and continuing until on or about April 29, 2016, in Miami-Dade and Broward Counties, in the Southern District of Florida, the defendant,

**JAMES GONZALO MEDINA,**

did knowingly and intentionally attempt to deface, damage, and destroy religious real property, that is, the Aventura Turnberry Jewish Center, because of the religious character of that property, in and affecting interstate and foreign commerce, and such acts included an attempt to kill, in violation of Title 18, United States Code, Sections 247(a)(1) and (d)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO. _____16-20349-CR-SCOLA(s)_____

vs.

JAMES GONZALO MEDINA,

## CERTIFICATE OF TRIAL ATTORNEY

**Defendant.**
_____/

**Superseding Case Information:**

**Court Division:** (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | __ | Key West | |
| __ | FTL | __ | WPB | __ FTP |

New Defendant(s)   Yes _____   No __X__
Number of New Defendants
Total number of counts        __2__

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)     No
   List language and/or dialect

4. This case will take    7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                    (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | | Petty | |
   | II | 6 to 10 days | X | Minor | |
   | III | 11 to 20 days | | Misdem. | |
   | IV | 21 to 60 days | | Felony | x |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court?   (Yes or No)   Yes
   If yes:
   Judge: Robert N. Scola, Jr.                Case No.   16-20349-CR-SCOLA
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.                         16-MJ-205-Turnoff
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of       04/29/2016
   Defendant(s) in state custody as of
   Rule 20 from the

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes   _x_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes   _x_ No

_____
MARC S. ANTON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 148369

*Penalty Sheet(s) attached                                                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: James Gonzalo Medina

**Case No**: 16-20349-CR-SCOLA(s)

Count #: 1

Attempting to Use of a Weapon of Mass Destruction

Title 18, United States Code, Section 2332a(a)(2)

**\*Max. Penalty:** Life Imprisonment

Count #: 2

Attempting to Damage Religious Property

Title 18, United States Code, Sections 247(a)(1) & (d)(1)

**\* Max. Penalty**: Life Imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.