

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

September 9, 2016

The Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue, Room 12-3
Miami, Florida 33128-1807

**Re:  Name      :  James Gonzalo Medina**
     **Reg. No:  09210-104**
     **Case No:  1:16-cr-20349-RNS**

Dear Judge Scola:

On September 2, 2016, an Order of the Court committed Mr. Medina, to the custody of the Bureau of Prisons for a thirty day mental health evaluation under the provisions of Title 18, United States Code, Section 4241. The Court is requesting an opinion regarding the defendant's competency to stand trial.

Mr. Medina was designated for the evaluation at the Federal Detention Center, Miami, Florida, on September 7, 2016. In order to prepare a thorough evaluation by our examiner we request the evaluation period commence from the date of his designation to this facility. Therefore, the adjusted period of examination would end October 7, 2016.

The Court can expect to receive the report within fifteen days after the termination date of the examination period. This amount of time is necessary to complete the report which will be submitted in a prompt and timely manner. In addition, we request the examiner be provided with any relevant documents that are available (i.e., medical/psychiatric/academic records, prior evaluations, investigative reports, criminal history, etc…).

If you have any questions or concerns, please do not hesitate to contact our examiner, Dr. R. Buigas (305) 982-1495, or facsimile number (305) 982-1413, and e-mail rbuigas@bop.gov .

Sincerely,

R.C. Cheatham
Warden

cc:  Mr. Marc Stuart Anton, AUSA
     Mr. Hector Dopico, AFPD

**Re:  Name    :   James Gonzalo Medina**
**     Reg. No:   09210-104**
**     Case No:   1:16-cr-20349-RNS**

**cc:**

The Honorable Robert N. Scola, Jr.
United States District Judge
Southern District of Florida
Wilkie D. Ferguson, Jr.
U.S. Courthouse
400 North Miami Avenue, Room 12-3
Miami, Florida 33128-1807
**(305) 523-5140**

Mr. Marc Stuart Anton
Assistant United States Attorney
United States Attorney's Office
99 Northeast 4th Street, 8th Floor
Miami, FL 33132
**(305) 961-9287**
**(305) 536-4675 (fax)**
**marc.anton@usdoj.gov**

Mr. Hector Dopico
Assistant Federal Public Defender
Feral Public Defender's Office
150 W. Flagler Street
Miami, FL 33130-1556
**(305) 530-7000   ext.4192**
**(305) 536-4559   (fax)**
**Hector_Dopico@fd.org**

**United States Department of Justice**
Federal Detention Center
*Psychology Department*
33 N.E. 4th Street
Miami, Florida 33132

Official Business

MIAMI FL 331
19 SEP '16

USMS
INSPECTED RECEIVED

U.S. OFFICIAL MAIL
$00.46⁵
SEP 19 2016
MAILED FROM ZIP CODE 33132

The Honorable Robert N. Scola, Jr., U.S. District Judge
Southern District of Florida – Wilkie D. Ferguson, Jr.
U.S. Courthouse (Room 12-3)
400 North Miami Avenue
Miami, Fla 33128-1897

33128-181048