United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff.<br><br>v.<br><br>James Gonzalo Medina, USM No. 09210-104 Defendant. | ) ) ) ) ) ) ) ) ) Criminal Case No. 16-20349-CR-Scola |

**Order Appointing Expert for a Mental Evaluation of Defendant**

On September 2, 2016, the Court ordered a mental competency evaluation of the Defendant, James Gonzalo Medina, (ECF No. 28.) On December 8, 2016, at the status conference, the parties agreed that another evaluation of Medina was necessary because the expert working for the Bureau of Prisons found Medina to be competent, while a neuropsychologist hired by Medina's counsel found Medina not competent. (ECF No. 37.) The Court ordered the parties to submit a list of experts' names for the Court's consideration. (*Id*.) The Court is now in possession of the parties' proposed mental competency experts.

Having considered the statements of the parties at the hearing, the record, and the relevant legal authorities, the Court finds that another competency evaluation is necessary pursuant to 18 U.S.C. §§ 4241 and 4247. By agreement of the parties, the Court appoints Dr. Sonia Ruiz to complete the evaluation and shall file a report with the Court pursuant to 18 U.S.C. § 4247, providing copies to counsel. Dr. Ruiz must consider and comment upon Medina's needs for antipsychotic medications to address his mental health problems, and whether those needs are presently being met. Counsel shall cooperate with Dr. Ruiz by providing her, posthaste, with Medina's medical records and well as the reports from the other competency evaluations. Dr. Ruiz's report shall be filed by **January 27, 2017**.

The cost for this evaluation shall be borne by the Department of Justice. *See* Guide to Judicial Policy & Procedure, vol. VII, chap. III, Part B, § 3.11(B) & Summary Chart (Administrative Office of the United States Courts).

**Done and Ordered** in Chambers, at Miami, Florida, on December 12, 2016.

_____
Robert N. Scola, Jr.
United States District Judge