United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Case No. 16-20349-CR-Scola |
| ) | |
| James Gonzalo Medina, ) | |
| Defendant. ) | |

### Order Finding Defendant Competent to Stand Trial

    This matter is before the Court following several evaluations of the Defendant's competency to stand trial. On September 1, 2016, the Defendant filed a Motion for Competency Evaluation and requested that the Court hold a competency hearing because counsel believed that Medina was "not competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense." (ECF No. 27.) An assessment performed by Dr. Robert Ouaou, a neuropsychologist hired by Medina's counsel, found that the Medina was not competent. (*Id.*)

    The Court ordered a competency evaluation. (ECF No. 28.) The evaluation report of Dr. Rodolfo A. Buigas found that the Defendant was competent. (ECF No. 41.) The parties agreed to another evaluation of the Defendant since Dr. Buigas's conclusion differed from that of Dr. Ouaou. (*Id.*) Accordingly, the Court appointed Dr. Sonia Ruiz to complete an evaluation. (*Id.*) Dr. Ruiz found that the Defendant was competent, but recommended a revision of his medications. (ECF No. 53-1.)

    On February 3, 2017, Dr. Ouaou issued another report. (ECF No. 50-1.) Dr. Ouaou expressed concerns about Medina's competency, but stated that with proper treatment and medication Medina's competency would likely improve. (*Id.*) On February 24, 2017, the Court held a status conference at which Medina's counsel represented that Medina had begun taking the right medications and was improving. (ECF No. 51.) On March 23, 2017, the Court held another status conference at which Medina's counsel represented that Medina was continuing to take the appropriate medications. The parties stipulated to Medina's competency and agreed that the Court should consider the evaluation reports in lieu of testimony.

    Based on the Court's review of the reports of Dr. Buigas, Dr. Ouaou, and Dr. Ruiz, and the parties' stipulation to the Defendant's competency, the Court

finds that Defendant James Gonzalo Medina is competent to stand trial; he is able to understand the nature and consequences of the proceedings against him and he is able to assist properly in his defense.

**Done and ordered** in chambers, at Miami, Florida, on March 23, 2017.

_____
Robert N. Scola, Jr.
United States District Judge